IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| JAMES T. STROUD | ) | |
|---|---|---|
| Plaintiff, | ) | |
| Vs. | ) | 3:13cv683 |
| KELLUM MORRIS, | ) | |
| Defendant. | ) | |
| | ) | ORDER |
| JAMES T. STROUD, | ) | |
| Plaintiff, | ) | |
| Vs. | ) | 3:13cv682 |
| LOCKE BELL, | ) | |
| Defendant. | ) | |

These matters are before the Court upon the Court's own motion. The Court hereby recuses itself from further consideration of these cases and directs the Clerk to reassign the cases to another judge.

IT IS SO ORDERED.

Signed: December 23, 2013

Graham C. Mullen
United States District Judge